UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:08-cv-01514 |
| ex rel. Vidyut Desai, ) | |
| ) | JUDGE O'MALLEY |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| vs. ) | WITHOUT PREJUDICE |
| ) | PURSUANT TO R. 41(a)(1) |
| EMP Management Group, Ltd, et al,. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Now comes Relator Vidyut Desai, through his attorney, who hereby dismisses the above captioned case pursuant to Rule 41(a)(1). Assistant U.S. Attorney James Bickett will be filing a separate notice of consent to the dismissal.

Respectfully submitted,

/s/Warner Mendenhall
Warner Mendenhall (0070165)
Attorney for the Relator
warnermendenhall@hotmail.com
190 North Union Street, Suite 201
Akron, OH 44304
330.535.9160
f330.762.9743

CERTIFICATE OF SERVICE

      The undersigned certifies that on 9-28-2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to parties who have appeared in this action by operation of the Courts electronic filing system. Parties may access this filing through the Court system.

                                                  /s/Warner Mendenhall
                                                  Warner Mendenhall (0070165)
                                                  Attorney for the Relator